People v McMillon (2024 NY Slip Op 03310)

People v Mcmillon

2024 NY Slip Op 03310

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND NOWAK, JJ. (Filed June 14, 2024.)

MOTION NO. (638/23) KA 22-00490.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
AL AMIN MCMILLON, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion to vacate the memorandum and order of this Court, entered October 6, 2023, granted, and the appeal is dismissed (see People v Lewis, 196 AD3d 968, 968-969 [3d Dept 2021]; see generally People v Matteson, 75 NY2d 745, 747 [1989]).